# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PETER P. FIORE, JR.,**
**Individually and on behalf**
**of all others similarly situated,**

      **Plaintiff,**

v.                                        **CIVIL ACTION NO. 05-CV-474 DRH**

**FIRST AMERICAN TITLE**
**INSURANCE COMPANY,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's motion to dismiss Plaintiff's first amended complaint.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this cause of action is **DISMISSED with prejudice**. Judgment is entered in favor of Defendant **FIRST AMERICAN TITLE INSURANCE COMPANY** and against Plaintiff **PETER P. FIORE, JR.**----

                                        **NORBERT G. JAWORSKI, CLERK**

August 29, 2006                           BY:   /s/Patricia Brown
                                                                              Deputy Clerk

APPROVED:/s/   David   RHerndon
                **U.S. DISTRICT JUDGE**